**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50010 |
| Plaintiff - Appellee, | D.C. No. 8:06-cr-00053-CJC |
| v. | |
| LUIS RIVERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted November 19, 2013[**]

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

Luis Rivera appeals from the district court's judgment and challenges the

revocation of supervised release and sentence of 12 months and one day imposed

upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rivera's

counsel has filed a brief stating that there are no grounds for relief, along with a

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. We have provided Rivera the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

A review of the record indicates that this appeal is moot because Rivera has completed his custodial sentence and is not serving a term of supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). We accordingly dismiss this appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**